July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIE RAY KELLEY, Appellant

NO. 14-13-00399-CV                          V.

CLARA BROOKS, ARTHUR KELLEY AND PAMELA KELLEY; MICHEAL
LOUIS MINNS; AND JANICE OWENS, EXECUTRIX OF THE ESTATE
MATTIE BELL KELLEY, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 19, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Willie Ray Kelley.

We further order this decision certified below for observance.